# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-17859** |
| **James Gombocz** | **Chapter 7** |
| | **Judge Richard E. Fehling** |
| **Debtor(s)** | ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ |
| | |
| **PNC Bank NA** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| **vs** | **January 17, 2019 at 09:30 a.m.** |
| | |
| **James Gombocz** | **400 Washington Street** |
| | **Courtroom #1** |
| **Lynn E. Feldman** | **Reading, PA, 19601** |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

PNC Bank NA has filed a Motion for Relief from the Automatic Stay to Permit PNC Bank NA to Repossess Collateral 2018 Kia Sedona LX VIN: KNDMB5C14J6380438 and Abandonment of Collateral .

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before January 8, 2019, you or your attorney must do **ALL** of the following:

    A.  File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    400 Washington Street
    Reading, PA, 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B.  Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee

18-038189_LMS1

833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Lynn E. Feldman
221 North Cedar Crest Boulevard
Allentown, PA  18104

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on January 17, 2019 at 09:30 a.m. in 400 Washington Street, Courtroom #1, Reading, PA, 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:    12/24/2018

18-038189_LMS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-17859** |
| **James Gombocz** | : | **Chapter 7** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank NA** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **January 17, 2019 at 09:30 a.m.** |
| | : | |
| **James Gombocz** | : | **400 Washington Street** |
| | : | **Courtroom #1** |
| **Lynn E. Feldman** | : | **Reading, PA, 19601** |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from the Automatic Stay to Permit PNC Bank NA to Repossess Collateral 2018 Kia Sedona LX VIN: KNDMB5C14J6380438 and Abandonment of Collateral was served on the parties listed below via e-mail notification:

- United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

- Lynn E. Feldman, Chapter 7 Trustee, 221 North Cedar Crest Boulevard, Allentown, PA 18104

- Paul H. Young, Attorney for James Gombocz, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020, support@ymalaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 24, 2018:

- James Gombocz, 215 E. High Street, Apt 1, Hellertown, PA 18055

DATE: __12/24/2018_____

18-038189_LMS1

/s/ Karina Velter
---

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-038189_LMS1