Certificate Number: 03621-PAE-DE-032695385

Bankruptcy Case Number: 18-17859



03621-PAE-DE-032695385

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>April 19, 2019</u>, at <u>2:58</u> o'clock <u>PM EDT</u>, <u>James J Gombocz</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 19, 2019</u>                By:    <u>/s/Lashonda Collins</u>

Name:  <u>Lashonda Collins</u>

Title:   <u>Credit Counselor</u>